Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Adrian Tay

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Adrian Tay<br><br>              Plaintiff,<br><br>     v.<br><br>Upstart Network, Inc.<br><br>              Defendant. | Case No.: 2:24-cv-03372-JAK-SK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT UPSTART NETWORK, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Adrian Tay and defendant Upstart Network, Inc. ("Upstart") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Upstart within 30 days once the settlement is finalized.

Dated: November 8, 2024

                                      **Gale, Angelo, & Johnson, P.C.**
                                      /s/ *Joe Angelo*
                                      Joe Angelo
                                      Attorney for Plaintiff