1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ADRIAN TAY,<br><br>        Plaintiff,<br><br>    vs.<br><br>UPSTART NETWORK, INC.<br>        Defendant. | Case No.: 2:24-cv-03372-JAK-SK<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Upstart Network, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

_____
Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE