1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

ADRIAN TAY,

          Plaintiff,

12

v.

13

UPSTART NETWORK, INC.,

14

          Defendant.

15

No. 2:24-cv-03372-JAK (SKx)

**ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (DKT. 25)**

**JS-6: CASE TERMINATED**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Based on a review of the Stipulated Request for Dismissal With Prejudice (the

2    "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief.

3    Therefore, the Stipulation is **APPROVED**.

4    The above-entitled case is dismissed in its entirety, with prejudice. Each party

5    shall bear its own costs and fees.

6

7    **IT IS SO ORDERED.**

8

9    Dated:  December 2, 2024    _____

10    John A. Kronstadt

11    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2